443 A.2d 389

Boyle v. Boyle, Appellant.

Submitted December 5, 1980. Marc Reuben, for appellant; Walter B. Dunsmore, for appellee.

596

Before CERCONE, P. J., HESTER and WIEAND, JJ.

Order affirmed.